**Mandamus Denied and Memorandum Opinion Issued August 20, 2025.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00136-CV
_____

## IN RE SILVER STAR PROPERTIES REIT, INC.; SILVER STAR CRE, LLC; SILVER STAR CRE II, LLC; AND SILVER STAR DELRAY, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Business Court Division 8B**
**Tarrant County, Texas**
**Trial Court Cause No. 25-BC08B-0016**

---

## MEMORANDUM OPINION

On August 14, 2025, Relators Silver Star Properties REIT, Inc., Silver Star CRE, LLC, Silver Star CRE II, LLC, and Silver Star Delray, LLC, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Brian Stagner, Judge of the Business Court Division 8B, to set aside his order dated August 11, 2025, entered in trial court number 25-BC08B-0016, styled *Silver Star*

*Properties REIT, Inc., Silver Star CRE, LLC, Silver Star CRE II, LLC, and Silver Star Delray, LLC v. BSPRT CRE Finance, LLC, FBRED BCD Finance, LLC, and BSPRT CS Loan, LLC.* Relators also filed a motion for emergency stay of the proceedings in the trial court.

Relators have not established they are entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and the related emergency motion.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.